

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2018

No. 04-17-00685-CR

Robert Miles **DUNCAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-14-0000076
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

    After we granted appellant's first motion for extension of time, his brief was due March 5, 2018. Appellant has now filed a second motion for extension of time asking for another thirty days in which to file his brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court on or before April 3, 2018.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court